# UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 20-7244

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

  v.

OMAR DIAZ-RIOS,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, Senior District Judge. (3:10-cr-00021-REP-2)

Submitted: August 19, 2021              Decided: August 23, 2021

Before GREGORY, Chief Judge, FLOYD, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Omar Diaz-Rios, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Omar Diaz-Rios appeals the district court's order denying his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). We review a district court's denial of a motion for compassionate release for an abuse of discretion. *United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Diaz-Rios*, No. 3:10-cr-00021-REP-2 (E.D. Va. Aug. 13, 2020). We deny Diaz-Rios' motion to compel judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*